# UNITED STATES BANKRUPTCY COURT
# EASTER DISTRICT OF MICHIGAN
# NORTHERN DIVISION – Bay City

| | |
|---|---|
| **In re**<br>**JOHN C POWER and**<br>**JILL SUSANNE POWER,**<br><br>    **Debtors** | **CASE NO. 15-21133-dob**<br>**CHAPTER 13** |

## ORDER FOR DEBTORS' MOTION FOR REFUND OF FILING FEES

Having considered Debtor's Motion for Refund [Docket No. 117], the Court

Grants the motion and the Clerk of the Court is directed to refund the fees of $820.00

for the reason that these fees are waived when the Debtor seeks the relief sought in this

matter.

**Signed on September 30, 2021**

/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**